**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**CHARLENE WILSON**                                                      **PLAINTIFF**

**V.**                                    **NO. 3:14CV87-BD**

**CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration**                              **DEFENDANT**

**JUDGMENT**

In accordance with the Court's findings of fact and conclusions of law announced

at the close of the oral argument hearing held on October 9, 2014, and filed in this case

(docket entry #14), it is CONSIDERED, ORDERED, and ADJUDGED that the final

decision of Carolyn W. Colvin, Acting Commissioner of the Social Security

Administration, is AFFIRMED.  Judgment is entered in favor of the Commissioner.

So ordered, this 10th day of October, 2014.

_____
UNITED STATES MAGISTRATE JUDGE